**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CHESTER O'QUINN, #K-92939,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 14-cv-00404-JPG** |
| | ) | |
| **MRS. PEEK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**GILBERT, District Judge:**

On April 2, 2014, this case was severed from *O'Quinn v. Gaetz, et al.*, Case No. 13-cv-01342-JPG-PMF (S.D. Ill., filed December 27, 2013), and Plaintiff was ordered to pay the filing fee for this action or inform the Court that he wished to dismiss it on or before May 6, 2014 (Doc. 1, pp. 26-27). Plaintiff filed a motion for continuance on April 15, 2014, seeking additional time to advise the Court of his intentions to dismiss this matter without incurring a filing fee for the action. For good cause shown, the Court granted Plaintiff an extension of this deadline until June 10, 2014 (Doc. 6). Plaintiff filed a motion to dismiss the severed action on May 21, 2014 (Doc. 7). He seeks voluntary dismissal of the action. The motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. See FED. R. CIV. P. 41(a)(1)(A)(i). As specified in the severance order in this matter, Plaintiff shall not be assessed any filing fee for this action.

**IT IS SO ORDERED.**

**DATED: May 27, 2014**

*s/J. Phil Gilbert*
**U.S. District Judge**